JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS H. CHUN et al.,<br><br>　　　　Defendants. | Case No. 5:23-cv-02373-ODW (AGRx)<br><br>**JUDGMENT** |

In light of Defendant-in-Interpleader Sylvia Chun Mantesh disaffirming her potential interest in the at-issue interpleaded funds, (ECF No. 25), and the distribution of the interpleaded funds to Defendant-in-Interpleader Douglas H. Chun, (ECF No. 48), it is therefore **ORDERED, ADJUDGED, and DECREED** that this matter is dismissed.

**IT IS SO ORDERED.**

September 18, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**